# Exhibit 2

(Under seal)

# Exhibit 4

# (Under Seal)

# Exhibit 5

(Under seal)

# Exhibit 6

(Under seal)