# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| NG Imports, <br><br> Plaintiff, <br><br> v. <br><br> Does 1-254, As Identified in Exhibit 2, <br><br> Defendants. | Case No.: 21-cv-00514 <br><br> Judge: Hon. Matthew F. Kennelly <br><br> Magistrate: Sunil R. Harjani |

**RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff, NG Imports, submits this response to the Court's order dated February 6, 2021 to show cause why the matter should not be dismissed under 35 U.S.C. § 299.

35 U.S.C. § 299 permits the joinder of accused patent infringers only if "(1) any right to relief is asserted against the parties jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences relating to the making, using, importing into the United States, offering for sale, or selling of the same accused product or process; and (2) questions of fact common to all defendants or counterclaim defendants will arise in the action."

Plaintiff has filed a first amended complaint asserting its right for relief against the parties with respect to infringement that is arising out of the same transaction, occurrence, or series of transactions or occurrences. See First Amended Complaint ¶¶ 13-17. Furthermore, there are questions of fact common to all defendants. *Id*. These allegations are not simply conclusory but are based off of initial research and investigation performed by Plaintiff. First, all of the accused products from each defendant are the same product. See First Amended Complaint ¶¶ 14-15, Declaration of Kevin Keener at ¶ 6 (Dkt. 22-2). Upon information and belief, the accused products are being made by an unknown Chinese manufacturer. Evidence

of the suspected manufacturer from whom the Defendants source the accused products has further been presented. See Exhibits 5 and 6 to First Amended Complaint, Declaration of Kevin Keener at ¶ 6 (Dkt. 22-2).

For these reasons, Plaintiff's claim against all Defendants is proper for joinder. Plaintiff, therefore, respectfully requests that the Court set aside the order to show cause and permit the instant case to proceed.

Dated this 10th of February, 2021

Respectfully submitted,

By: _____/s/   Kevin Keener_____
Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com